PLEASE ADVISE YOUR COUNTY TREASURER OF THIS OPINION



# THE ATTORNEY GENERAL
## OF TEXAS

R-480

**AUSTIN 11, TEXAS**

PRICE DANIEL
ATTORNEY GENERAL

June 2, 1947

Hon. L. L. Roberts
County Auditor
Hutchinson County
Stinnett, Texas

Opinion No. V-231

Re: Construction of H. B.
258, Acts of the 50th
Legislature, 1947 -
Maximum compensation
of County Treasurer

Dear Sir:

Your request for an opinion from this Department on the above subject matter is as follows:

"Chapter 40, H. B. 258, amending Article 3943, R.C.S., 1925, provides in (b) the Commissioners Court may increase the compensation allowed the County Treasurer an additional amount not to exceed twenty-five per cent. The amount of the 25% increase here in Hutchinson County would be $500.00.

"Should the County Treasurer be allowed for the Year 1947 the $500.00 increase allowed by this Act, or only the proportionate part that the time after this Act becomes effective until the close of the Year 1947, bears to the entire year of 1947?"

Hutchinson County has a population of 19,069 according to the 1940 Federal census, and we are informed by the Comptroller's office that its county officials are compensated on a fee basis. Therefore, H. B. No. 258, Acts of the Fiftieth Legislature, is applicable to Hutchinson County.

H. B. No. 258, Acts of the 50th Legislature, 1947, p. 52, reads as follows:

"An Act amending Article 3943, Revised Civil Statutes of Texas, 1925,

as amended, allowing additional
compensation for county treasurers;
repealing all laws in conflict; and
declaring an emergency.

"BE IT ENACTED BY THE LEGISLATURE OF
THE STATE OF TEXAS:

"Section 1.  That Article 3943, Revised
Civil Statutes of Texas, 1925, as amended, be
and the same is hereby amended by adding there-
to provisions allowing additional compensation
for county treasurers; so that the same shall here-
after read as follows:

"'(a)  The commissions allowed to any
county treasurer shall not exceed Two Thousand
Dollars ($2,000) annually; provided, that in
all counties in which the assessed value of the
property of such counties shall be One Hundred
Million Dollars ($100,000,000) or more as shown
by the preceding assessment roll, the treasur-
ers thereof shall receive as their commissions
a sum not exceeding Two Thousand, Seven Hundred
Dollars ($2,700) annually;provided, that in
all counties having a population of not less
than seventy-five thousand (75,000) inhabitants,
and not more than eighty thousand (80,000) in-
habitants, according to the last preceding Fed-
eral census, in which counties, road or road
and bridge bonds in the amount of Six Million
Dollars ($6,000,000) or more and flood protec-
tion bonds in the amount of One Million Dollars
($1,000,000) or more have been voted by the
people, the treasurers thereof shall receive
as their commissions a sum not to exceed Two
Thousand Seven Hundred Dollars ($2,700) annual-
ly; and, shall be allowed an assistant at a
salary not to exceed One Thousand, Two Hundred
Dollars ($1,200) annually; provided, that in
all counties having a population of one hundred
and fifty thousand (150,000) inhabitants or more,
and less than two hundred and ten thousand (210,-
000) inhabitants, according to the last preceding
Federal Census, the treasurers thereof shall re-
ceive as their commissions a sum not exceeding
Two Thousand, Seven Hundred Dollars ($2,700) an-
nually, and shall be allowed an assistant at a
salary not to exceed One Thousand Dollars ($1,000)

per annum; provided, that in all counties
containing a population of not less than
forty-two thousand, one hundred (42,100)
inhabitants nor more than forty-two thou-
sand, two hundred and fifty (42,250) in-
habitants, according to the last preced-
ing Federal Census, and that in all counties
containing a population of not less than
forty-five thousand (45,000) inhabitants
nor more than forty-seven thousand (47,000)
inhabitants, according to the last preceding
Federal Census, the commissions and compen-
sation to be paid to the county treasurers
in said Counties shall be Three Thousand,
Six Hundred Dollars ($3,600) per annum, pay-
able in twelve (12) equal monthly install-
ments, and such compensation shall be fixed
by the Commissioners Court of said Counties.

"'(b) The Commissioners Court is here-
by authorized, when in their judgment the
financial condition of the county and the
needs of the county treasurer justify the
increase, to enter an order increasing the
compensation of the county treasurer in an
additional amount not to exceed twenty-five
per cent (25%) of the sum allowed under the
law for the fiscal year of 1944, provided the
total compensation authorized under the law
for the fiscal year 1944 did not exceed the
sum of Three Thousand, Six Hundred Dollars
($3,600).'

"Sec. 2. All laws or parts of laws in
conflict with the provisions of this Act are
hereby expressly repealed. . .

"Passed the House, February 13, 1947:
Yeas 125, Nays 3; House concurred in Senate
amendments, March 10, 1947, by a viva voce
vote; passed the Senate, as amended, Febru-
ary 27, 1947. Yeas 18, Nays 6.

"Approved March 13, 1947.

"Effective 90 days after date of ad-
journment." (Underscoring ours)

Article III, Section 39, of our State Constitution provides:

"No law passed by the Legislature, except the general appropriation act, shall take effect or go into force until ninety days after the adjournment of the session at which it was enacted, unless in case of an emergency, which emergency must be expressed in a preamble or in the body of the act, the Legislature shall, by a vote of two-thirds of all the members elected to each House, otherwise direct; said vote to be taken by yeas and nays, and entered upon the journals."

It will be noted that H. B. 258 passed the Senate by a vote of 18 to 6 which was not the required two-thirds vote of the elected members of the Senate. Therefore, the effective date of H. B. 258, Acts of the 50th Legislature, 1947, is ninety days after date of adjournment of the 50th Legislature.

In construing S. B. 123, Acts of the 49th Legislature, (an act which contains practically the identical provisions of H. B. 258, Acts of the 50th Legislature, but applicable to different officials) this Department has consistently held that where S. B. 123 is applicable, the Commissioners' Court is authorized when in their judgment the financial condition of the county and the needs of the officers justify the increase, to enter an order raising the maximum compensation allowed by law to an amount not exceeding twenty-five (25%) per cent of the sum allowed for the fiscal year 1944.

Therefore, it is the opinion of this Department that upon the effective date of H. B. 258, Acts of the 50th Legislature, (90 days after adjournment) the Commissioners' Court of Hutchinson County will be authorized to increase the compensation of the County Treasurer of said County in an additional amount not to exceed twenty-five (25%) per cent of the maximum sum allowed under the law for the fiscal year 1944; provided the total compensation authorized under the law for the fiscal year 1944 did not exceed $3600.00. In other words, it allows the Commissioners' Court to raise by twenty-five (25%) per cent the maximum amount of lawful commissions the county

treasurer may retain.  Any increase in compensation for the year 1947, however, must be in the same proportion as the balance of the year relates to the total annual increase that may be made under H. B. 258.  See our Opinion No. 0-6576, a copy of which we are herewith enclosing.

In connection with the foregoing, we direct your attention to Article 689a-11, V.C.S., which is in part as follows:

> "When the budget has been finally approved by the Commissioners' Court, the budget, as approved by the Court, shall be filed with the Clark of the County Court, and taxes levied only in accordance therewith, and no expenditure of the funds of the county shall thereafter be made except in strict compliance with the budget as adopted by the Court.  Except that emergency expenditures, in case of grave public necessity, to meet unusual and unforeseen conditions which could not, by reasonably diligent thought and attention, have been included in the original budget, may from time to time be authorized by the Court as amendments to the original budget.  In all cases where such amendments to the budget is made, a copy of the order of the Court amending the budget shall be filed with the Clerk of the County Court, and attached to the budget originally adopted."

## SUMMARY

Upon the effective date of H. B. 258, Acts of the 50th Legislature, 1947, (90 days after date of adjournment of the 50th Legislature) the Commissioners' Court of Hutchinson County (operating on a fee basis) is authorized to increase the maximum amount of lawful commissions the County Treasurer may retain in an additional amount not to exceed 25% of the maximum sum allowed under the law for the fiscal year 1944.  Any increase in compensation for the year 1947 must be in the same proportion as the balance of the year relates to the total annual in-

crease that may be made, and must be in compliance with the Budget Law.  Art. 689a-11, V.C.S.

Very truly yours

ATTORNEY GENERAL OF TEXAS

JR:djm:wb

Enclosure

By *John Reeves*
John Reeves
Assistant

APPROVED

*Price Daniel*
ATTORNEY GENERAL